# MAINE

Doc#: 16410 Bk:27695 Pg: 309

COUNTY OF *CUMBERLAND*
Loan No.

Pool No.

PREPARED BY
SECURITY CONNECTIONS
WHEN RECORDED MAIL TO:
*SECURITY CONNECTIONS INC.*
*240 TECHNOLOGY DRIVE*
*PH:(208)528-9895*
*IDAHO FALLS, ID 83401*
*ATT: KARLEEN MAUGHAN*

Assignment-Interv.-Recorded

## ASSIGNMENT OF MORTGAGE OR DEED OF TRUST

FOR VALUE RECEIVED, *SAND CANYON CORPORATION FKA OPTION ONE MORTGAGE CORPORATION*

located at *7595 IRVINE CENTER DRIVE, SUITE 100, IRVINE, CA 92618*
does hereby grant, assign, transfer and set over unto *H & R BLOCK BANK N.A.*

located at
*ONE H & R BLOCK WAY, 8TH FLOOR, KANSAS CITY, MO 64105*
its successors and assigns a certain Deed of Trust dated *JANUARY 27, 2006*
executed by *MICAH L HOLLOWAY AND HANNAH MONACO*

as Grantor(s),
to _____ as Grantee,
and recorded in Book *23645* Page *319* Instrument No. *7323*
of the Deeds of Trust records in the office of the Register of Deeds in the County
of *CUMBERLAND*, State of Maine.

(NMRI.ME)
*C=s.122.0003*
*P=S.002.00016.5*

Page 1 of 2

*J=HR8010109AI.s.01023*


EXHIBIT D

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue to said DEED OF TRUST.
DATED: **MARCH 25, 2010**, but effective **JANUARY 27, 2006**.

SAND CANYON CORPORATION FKA OPTION ONE MORTGAGE CORPORATION

Witness, **TIFFANY BITSOI**

**MELISSA HIVELY**
VICE PRESIDENT

Witness, **BRIDGETTE FOSTER**

**MELANIE HANSON**
ASSISTANT VICE PRESIDENT

STATE OF **IDAHO** )
) ss
COUNTY OF **BONNEVILLE** )

Received
Recorded Resister of Deeds
Apr 07,2010 02:38:53P
Cumberland County
Pamela E. Lovley

On **MARCH 25, 2010**, before me, the undersigned, a Notary Public in and for said County and State, personally appeared **MELISSA HIVELY** known to me to be the person who executed the within instrument as the **VICE PRESIDENT**, and **MELANIE HANSON** known to me to be the person who executed the within instrument as the **ASSISTANT VICE PRESIDENT** of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors.
WITNESS my hand and official seal.

**VICKIE SORG** (COMMISSION EXP. 08-18-11)
NOTARY PUBLIC

VICKIE SORG
NOTARY PUBLIC
STATE OF IDAHO

(NMRI.ME.2)
C=s.122.0003
P=S.002.00016.5

Page 2 of 2

J=HR8010109AI.s.01023