# MAINE

COUNTY OF *CUMBERLAND*
Loan No.

Pool No.

PREPARED BY
SECURITY CONNECTIONS
WHEN RECORDED MAIL TO:
*SECURITY CONNECTIONS INC.*
*240 TECHNOLOGY DRIVE*
*PH:(208)528-9895*
*IDAHO FALLS, ID 83401*
ATT: KARLEEN MAUGHAN

## CORRECTIVE
Assignment-Interv.-Recorded
## ASSIGNMENT OF MORTGAGE OR DEED OF TRUST

FOR VALUE RECEIVED, *SAND CANYON CORPORATION FKA OPTION ONE MORTGAGE CORPORATION*

located at *7595 IRVINE CENTER DRIVE, SUITE 100, IRVINE, CA 92618*
does hereby grant, assign, transfer and set over unto *H & R BLOCK BANK FSB*

located at
*ONE H & R BLOCK WAY, 8TH FLOOR, KANSAS CITY, MO 64105*
its successors and assigns a certain Deed of Trust dated *JANUARY 27, 2006*
executed by *MICAH L HOLLOWAY AND HANNAH MONACO*

as Grantor(s),
to                                                                                   as Grantee,
and recorded in Book *23645*      Page *319*      Instrument No. *7323*
of the Deeds of Trust records in the office of the Register of Deeds in the County
of *CUMBERLAND*        , State of Maine.

Being recorded to correct **ASSIGNEE**
on Assignment previously recorded
04/07/2010 in **Book** 27695 **Page** 309 or
     as **Doc No.** 16410
     Loan No.

Doc#: 37892 Bk:27942 Pg: 82

(NMRI.ME)
C=s.122.0003
P=S.002.00016.5

Page 1 of 2

J=HR8010109AI.s.01023


EXHIBIT E

Loan No.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue to said DEED OF TRUST.

DATED: **JUNE 30, 2010**, but effective **JANUARY 27, 2006**.

SAND CANYON CORPORATION FKA OPTION ONE MORTGAGE CORPORATION

_____  
Witness, **BRIDGETTE FOSTER**

_____  
**MELISSA HIVELY**  
**VICE PRESIDENT**

_____  
Witness, **MISTYLIN HANSEN**

_____  
**MELANIE HANSON**  
**ASSISTANT VICE PRESIDENT**

STATE OF **IDAHO**          )  
                            ) ss  
COUNTY OF **BONNEVILLE**    )

On **JUNE 30, 2010**, before me, the undersigned, a Notary Public in and for said County and State, personally appeared **MELISSA HIVELY** known to me to be the person who executed the within instrument as the **VICE PRESIDENT**, and **MELANIE HANSON** known to me to be the person who executed the within instrument as the **ASSISTANT VICE PRESIDENT** of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors. WITNESS my hand and official seal.

VICKIE SORG  
NOTARY PUBLIC  
STATE OF IDAHO

_____  
**VICKIE SORG** (COMMISSION EXP. 08-18-11)  
NOTARY PUBLIC

(NMRI.ME.2)  
C=s.122.0003  
P=S.002.00016.5

Page 2 of 2

J=HR8010109AI.s.01023

Received  
Recorded Register of Deeds  
Jul 27,2010 08:55:11A  
Cumberland County  
Pamela E. Lovley