## ASSIGNMENT OF MORTGAGE

CONTACT NATIONSTAR MORTGAGE, LLC FOR THIS INSTRUMENT 350 HIGHLAND DRIVE, LEWISVILLE, TX, 75067, TELEPHONE # 469-549-2000, WHICH IS RESPONSIBLE FOR RECEIVING PAYMENTS.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, H & R BLOCK BANK FSB, WHOSE ADDRESS IS 350 Highland Dr., Lewisville, TX, 75067, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to H & R BLOCK BANK, A FEDERAL SAVINGS BANK, WHOSE ADDRESS IS 1105 NORTH MARKET STREET, WILMINGTON, DE 19801.

Said Mortgage is dated 01/27/2006, made by MICAH L. HOLLOWAY AND HANNAH MONACO to OPTION ONE MORTGAGE CORPORATION and recorded on 02/03/2006 in Volume 23645, Page 319, in the office of the Recorder of CUMBERLAND County, Maine.

IN WITNESS WHEREOF, this assignment was executed on  8 / 26 / 2013  (MM/DD/YYYY).
H & R BLOCK BANK FSB, by NATIONSTAR MORTGAGE LLC, its Attorney-in-Fact

By: _____Susan Lindhorst_____
ASST. SECRETARY

STATE OF NEBRASKA   COUNTY OF SCOTTS BLUFF
The foregoing instrument was acknowledged before me on  08 / 26 / 2013  (MM/DD/YYYY) by _____Susan Lindhorst_____ as ASST. SECRETARY of NATIONSTAR MORTGAGE LLC as Attorney-in-Fact for H & R BLOCK BANK FSB. He/she/they is (are) personally known to me.

_____Helen Scott_____
Notary Public - State of NEBRASKA
Commission expires: 10/25/2016

GENERAL NOTARY-State of Nebraska
HELEN SCOTT
My Comm. Exp. Oct. 25, 2016

Instrument Prepared By/Return To: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683
(800)346-9152

EXHIBIT F

# *** Electroniclly Recorded Document ***

| | | | |
|---|---|---|---|
| Instrument Number: | 2013-56494 | Parties: | |
| Recorded As: | EREC-ASSIGNMENT | Direct- | H & R BLOCK BANK FSB |
| Recorded On: | September 12, 2013 | Indirect- | H & R BLOCK BANK A FEDERAL SAVINGS BANK |
| Recorded At: | 11:07:56 am | Receipt Number: | 834951 |
| Number of Pages: | 2 | Processed By: | Mary K 2 |
| Book-VI/Pg: | Bk-S  VI-31011  Pg-147 | | |
| Total Rec Fee(s): | $16.00 | | |

** Examined and Charged as Follows **

Erec-            $ 16.00

PLEASE DO NOT DETACH THIS PAGE FROM THE ORIGINAL
DOCUMENT AS IT CONTAINS IMPORTANT INFORMATION AND
IS PART OF THE PERMANENT RECORD.

# Recorded, Register of Deeds
# Cumberland County
# Pamela E. Lovley

NC CLERK



CC #: C12-39671

# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **POWER OF ATTORNEY** recorded in my office on 07/18/2012   under Liber D00012699 and Page 505 and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **10/12/2012** .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL

DOC :18377   BK:33962   PG:315

NC CLERK





## SUFFOLK COUNTY CLERK
## RECORDS OFFICE
## RECORDING PAGE

| | | | |
|---|---|---|---|
| Type of Instrument: POWER OF ATTORNEY | | Recorded: | 07/18/2012 |
| Number of Pages: 3 | | At: | 09:37:09 AM |
| Receipt Number : 12-0081249 | | | |
| | | LIBER: | D00012699 |
| | | PAGE: | 505 |

| District: | Section: | Block: | Lot: |
|---|---|---|---|
| 0000 | 000.00 | 00.00 | 000.000 |

### EXAMINED AND CHARGED AS FOLLOWS

Received the Following Fees For Above Instrument

| | | Exempt | | | Exempt |
|---|---|---|---|---|---|
| Page/Filing | $15.00 | NO | Handling | $20.00 | NO |
| COE | $5.00 | NO | NYS SRCHG | $15.00 | NO |
| Notation | $0.00 | NO | Cert.Copies | $0.00 | NO |
| RPT | $0.00 | NO | | | |
| | | | Fees Paid | $55.00 | |

**THIS PAGE IS A PART OF THE INSTRUMENT**
**THIS IS NOT A BILL**

JUDITH A. PASCALE
County Clerk, Suffolk County

NC CLERK

| | 1 | 2 | | RECORDED<br>2012 Jul 18 09:37:09 AM<br>JUDITH A. PASCALE<br>CLERK OF<br>SUFFOLK COUNTY<br>L 000012699<br>P 505 |
|---|---|---|---|---|
| Number of pages | | | | |

This document will be public record. Please remove all Social Security Numbers prior to recording.

| Deed / Mortgage Instrument | Deed / Mortgage Tax Stamp | Recording / Filing Stamps |
|---|---|---|

3 | FEES

| | | | |
|---|---|---|---|
| Page / Filing Fee | | Mortgage Amt. | |
| Handling | 20.00 | 1. Basic Tax | |
| TP-584 | | 2. Additional Tax | |
| Notation | | Sub Total | |
| EA-52 17 (County) | Sub Total | Spec./Assit.<br>or | |
| EA-5217 (State) | | Spec. /Add. | |
| R.P.T.S.A. | N/A | TOT. MTG. TAX | |
| | | Dual Town ___ Dual County ___ | |
| Comm. of Ed. | 5.00 | Held for Appointment | |
| Affidavit | | Transfer Tax | |
| Certified Copy | | Mansion Tax | |
| NYS Surcharge | 15.00 | The property covered by this mortgage is or will be improved by a one or two family dwelling only. | |
| Other | Sub Total<br>Grand Total  55- | YES ___ or NO ___<br>If NO, see appropriate tax clause on page # ___ of this instrument. | |

| 4 | Dist. | Section | Block | Lot | 5 | Community Preservation Fund |
|---|---|---|---|---|---|---|
| Real Property Tax Service Agency Verification | N/A | | | | Consideration Amount $ ___<br>CPF Tax Due   $ ___ | |

| | Improved | |
|---|---|---|
| 6 | Satisfactions/Discharges/Releases List Property Owners Mailing Address<br>**RECORD & RETURN TO:**<br>Record & Return<br>Web Title Agency<br>69 Cascade Drive, Knowlton Bldg<br>Suite 202<br>Rochester, NY 14614 | Vacant Land ___<br>TD ___<br>TD ___<br>TD ___ |

| Mail to: Judith A. Pascale, Suffolk County Clerk<br>310 Center Drive, Riverhead, NY 11901<br>www.suffolkcountyny.gov/clerk | 7 | Title Company Information |
|---|---|---|
| | | Co. Name  Webtitle Agency<br>Title # 10-12621 |

8 | **Suffolk County Recording & Endorsement Page**

This page forms part of the attached  **Power of Attorney** ___ made by:
(SPECIFY TYPE OF INSTRUMENT)

**H & R Block Bank** ___

The premises herein is situated in SUFFOLK COUNTY, NEW YORK.

TO
**Nationstar Mortgage LLC**

In the TOWN of ___
In the VILLAGE ___
or HAMLET of ___

BOXES 6 THRU 8 MUST BE TYPED OR PRINTED IN BLACK INK ONLY PRIOR TO RECORDING OR FILING.

# IMPORTANT NOTICE

If the document you've just recorded is your <u>SATISFACTION OF MORTGAGE</u>, please be aware of the following:

If a portion of your monthly mortgage payment included your property taxes, *<u>you will now need to contact your local Town Tax Receiver so that you may be billed directly for all future property tax statements.</u>

Local property taxes are payable twice a year: on or before January 10th and on or before May 31st. Failure to make payments in a timely fashion could result in a penalty.

**Please contact your local Town Tax Receiver with any questions regarding property tax payment.**

Babylon Town Receiver of Taxes
200 East Sunrise Highway
North Lindenhurst, N.Y. 11757
(631) 957-3004

Brookhaven Town Receiver of Taxes
One Independence Hill
Farmingville, N.Y. 11738
(631) 451-9009

East Hampton Town Receiver of Taxes
300 Pantigo Place
East Hampton, N.Y. 11937
(631) 324-2770

Huntington Town Receiver of Taxes
100 Main Street
Huntington, N.Y. 11743
(631) 351-3217

Islip Town Receiver of Taxes
40 Nassau Avenue
Islip, N.Y. 11751
(631) 224-5580

Riverhead Town Receiver of Taxes
200 Howell Avenue
Riverhead, N.Y. 11901
(631) 727-3200

Shelter Island Town Receiver of Taxes
Shelter Island Town Hall
Shelter Island, N.Y. 11964
(631) 749-3338

Smithtown Town Receiver of Taxes
99 West Main Street
Smithtown, N.Y. 11787
(631) 360-7610

Southampton Town Receiver of Taxes
116 Hampton Road
Southampton, N.Y. 11968
(631) 283-6514

Southold Town Receiver of Taxes
53095 Main Street
Southold, N.Y. 11971
(631) 765-1803

Sincerely,

*Judith A. Pascale*

Judith A. Pascale
Suffolk County Clerk

12-0164.. 06/04kd

*NC CLERK*

\* 350 Highland Drive
Lewisville, TX 75067

@ c/o Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067

# EXHIBIT C

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that in order to carry out the intent and purposes of that certain Servicing Agreement ("Agreement") executed September 6th, 2011 between Nationstar Mortgage LLC and H & R Block Bank, FSB ("Owner"), and in accordance with the provisions of said Agreement, Owner does hereby irrevocably appoint Nationstar Mortgage LLC and any of its affiliates, and the officers, employees and agents of each ("NSM"), as its true and lawful attorney-in-fact, with full power of substitution:

    a. to endorse the name of H & R Block Bank, FSB, without recourse, upon any and all notes, checks, drafts or other instruments and vehicles of the payment of money received or to be received by or on behalf of NSM in payment of or on any Mortgage Loan serviced by NSM or insurance proceeds resulting from any insurance on the Mortgaged Property, and to take any and all action necessary to perfect the interest of Owner in any Mortgaged Loan serviced by NSM pursuant to the Agreement;

    b. to endorse or cause to be endorsed any security instrument, assignment, release (full or partial) or any other documents necessary to establish and protect all rights, title and interest of Owner in, to and under such Mortgage Loan, including, but not limited to foreclosure proceedings;

    c. to take such other action as may be necessary to properly service the Mortgage Loan.

Capitalized terms used herein and not otherwise defined shall have the meanings assigned to them in the above referenced Agreement.

This Limited Power of Attorney is irrevocable and coupled with an interest. This Limited Power of Attorney shall be binding upon Owner and its successors and assigns, and shall inure to the benefit of NSM, and its successors and assigns.

10-12621

NC CLERK

IN WITNESS WHEREOF, Owner has caused its name to be subscribed hereto by its authorized officer and its seal is to be affixed by its Secretary, this __24__ day of __January__, 20_17_.

Signed and Acknowledged
In the presence of the following witnesses:

_____
Witness

_____
Witness

Owner __H+R Block Bank, FSB__

_____
Authorized Officer  BRANDON LOREY

_____
Secretary  WALTER PIRNOT

STATE OF __KANSAS__

COUNTY OF __JOHNSON__

Subscribed and acknowledged before me, a Notary Public in and for said county and state this __24__ day of __JANUARY__, 20_17_ by __BRANDON LOREY__, an authorized officer of Owner and attested by __WALTER PIRNOT__, Secretary of Owner.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
KAYLA M. SLOUP
My Appt. Expires 1/14/17

KAYLA M. SLOUP
STATE OF KANSAS