Recording Requested By:
Nationstar Mortgage

When Recorded Return To:

DOCUMENT ADMINISTRATION
Nationstar Mortgage
2617 COLLEGE PARK
SCOTTSBLUFF, NE 69361

## CORPORATE ASSIGNMENT OF MORTGAGE

**Cumberland, Maine**
**SELLER'S SERVICING #:**        "HOLLOWAY"

Date of Assignment: January 6th, 2015
Assignor: H&R BLOCK BANK, FSB BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT at 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067
Assignee: DLJ MORTGAGE CAPITAL, INC. at 500 GRANT STREET - 1000, PITTSBURGH, PA 15258

Executed By: MICAH L HOLLOWAY AND HANNAH MONACO To: OPTION ONE MORTGAGE CORPORATION, A CALIFORNIA CORPORATION
Date of Mortgage: 01/27/2006 Recorded: 02/03/2006 In Book/Reel/Liber: 23645 Page/Folio: 319 as Instrument No.: 7323 In the County of Cumberland, State of Maine.

Property Address: 23 FOREST STREET, PORTLAND, ME 04103-1124

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $242,250.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

   H&R BLOCK BANK, FSB BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT
On 1.6.15

By: _____
   Shae Brost, Assistant Secretary

STATE OF Nebraska
COUNTY OF Scotts Bluff

On 1-6-2015, before me, **Traci J Garton**, a Notary Public in and for Scotts Bluff County in the State of Nebraska, personally appeared Shae Brost, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Traci J Garton
Notary Expires: 10/25/2016

GENERAL NOTARY-State of Nebraska
TRACI J GARTON
My Comm. Exp. Oct. 25, 2016

(This area for notarial seal)

*AS*ASNATN*01/06/2015 09:37:48 AM* NATT01NATNA000000000000000273926* MECUMBE* 0597002180 MESTATE_MORT_ASSIGN_ASSN **TRANATN*

**EXHIBIT G**

NC CLERK



CC #: C12-39671

# COUNTY CLERK'S OFFICE
### STATE OF NEW YORK
COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **POWER OF ATTORNEY** recorded in my office on 07/18/2012    under Liber D00012699 and Page 505 and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **10/12/2012** .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL

NC CLERK





### SUFFOLK COUNTY CLERK
### RECORDS OFFICE
### RECORDING PAGE

| | | | |
|---|---|---|---|
| Type of Instrument: POWER OF ATTORNEY | | Recorded: | 07/18/2012 |
| Number of Pages: 3 | | At: | 09:37:09 AM |
| Receipt Number : 12-0081249 | | | |
| | | LIBER: | D00012699 |
| | | PAGE: | 505 |

| District: | Section: | Block: | Lot: |
|---|---|---|---|
| 0000 | 000.00 | 00.00 | 000.000 |

EXAMINED AND CHARGED AS FOLLOWS

Received the Following Fees For Above Instrument

| | | Exempt | | | Exempt |
|---|---|---|---|---|---|
| Page/Filing | $15.00 | NO | Handling | $20.00 | NO |
| COE | $5.00 | NO | NYS SRCHG | $15.00 | NO |
| Notation | $0.00 | NO | Cert.Copies | $0.00 | NO |
| RPT | $0.00 | NO | | | |
| | | | Fees Paid | $55.00 | |

**THIS PAGE IS A PART OF THE INSTRUMENT**
**THIS IS NOT A BILL**

JUDITH A. PASCALE
County Clerk, Suffolk County

SC CLERK

Number of pages

1 | 2

RECORDED
2012 Jul 18 09:37:09 AM
JUDITH A. PASCALE
CLERK OF
SUFFOLK COUNTY
L 000012699
P 505

This document will be public record. Please remove all Social Security Numbers prior to recording.

| Deed / Mortgage Instrument | Deed / Mortgage Tax Stamp | Recording / Filing Stamps |
|---|---|---|

3 | FEES

| | | |
|---|---|---|
| Page / Filing Fee | | Mortgage Amt. |
| Handling | 20.00 | 1. Basic Tax |
| TP-584 | | 2. Additional Tax |
| Notation | | Sub Total |
| EA-52 17 (County) | Sub Total | Spec./Assit. or |
| EA-5217 (State) | | Spec. /Add. |
| R.P.T.S.A. | N/A | TOT. MTG. TAX |
| Comm. of Ed. | 5.00 | Dual Town ___ Dual County ___ |
| Affidavit | | Held for Appointment |
| Certified Copy | | Transfer Tax |
| NYS Surcharge | 15.00 Sub Total | Mansion Tax |
| Other | Grand Total 55- | The property covered by this mortgage is or will be improved by a one or two family dwelling only. YES ___ or NO ___ If NO, see appropriate tax clause on page # ___ of this instrument. |

| 4 | Dist. | Section | Block | Lot | 5 | Community Preservation Fund |
|---|---|---|---|---|---|---|

Real Property Tax Service Agency Verification    N/A

Consideration Amount $ ___
CPF Tax Due $ ___

Improved ___
Vacant Land ___
TD ___
TD ___
TD ___

6 | Satisfactions/Discharges/Releases List Property Owners Mailing Address
RECORD & RETURN TO:
Record & Return
Web Title Agency
69 Cascade Drive, Knowlton Bldg
Suite 202
Rochester, NY 14614

Mail to: Judith A. Pascale, Suffolk County Clerk
310 Center Drive, Riverhead, NY 11901
www.suffolkcountyny.gov/clerk

7 | Title Company Information
Co. Name  Webtitle Agency
Title #  10-12621

8 | **Suffolk County Recording & Endorsement Page**

This page forms part of the attached  Power of Attorney  made by:
(SPECIFY TYPE OF INSTRUMENT)

H & R Block Bank

TO

Nationstar Mortgage LLC

The premises herein is situated in
SUFFOLK COUNTY, NEW YORK.

In the TOWN of ___
In the VILLAGE
or HAMLET of ___

BOXES 6 THRU 8 MUST BE TYPED OR PRINTED IN BLACK INK ONLY PRIOR TO RECORDING OR FILING.

## IMPORTANT NOTICE

If the document you've just recorded is your <u>SATISFACTION OF MORTGAGE</u>, please be aware of the following:

If a portion of your monthly mortgage payment included your property taxes, <u>*you will now need to contact your local Town Tax Receiver so that you may be billed directly for all future property tax statements.</u>

Local property taxes are payable twice a year: on or before January 10th and on or before May 31st. Failure to make payments in a timely fashion could result in a penalty.

**Please contact your local Town Tax Receiver with any questions regarding property tax payment.**

Babylon Town Receiver of Taxes
200 East Sunrise Highway
North Lindenhurst, N.Y. 11757
(631) 957-3004

Brookhaven Town Receiver of Taxes
One Independence Hill
Farmingville, N.Y. 11738
(631) 451-9009

East Hampton Town Receiver of Taxes
300 Pantigo Place
East Hampton, N.Y. 11937
(631) 324-2770

Huntington Town Receiver of Taxes
100 Main Street
Huntington, N.Y. 11743
(631) 351-3217

Islip Town Receiver of Taxes
40 Nassau Avenue
Islip, N.Y. 11751
(631) 224-5580

Riverhead Town Receiver of Taxes
200 Howell Avenue
Riverhead, N.Y. 11901
(631) 727-3200

Shelter Island Town Receiver of Taxes
Shelter Island Town Hall
Shelter Island, N.Y. 11964
(631) 749-3338

Smithtown Town Receiver of Taxes
99 West Main Street
Smithtown, N.Y. 11787
(631) 360-7610

Southampton Town Receiver of Taxes
116 Hampton Road
Southampton, N.Y. 11968
(631) 283-6514

Southold Town Receiver of Taxes
53095 Main Street
Southold, N.Y. 11971
(631) 765-1803

Sincerely,

*Judith A. Pascale*

Judith A. Pascale
Suffolk County Clerk

12-0104, 06/04kd

NC CLERK

\* 350 Highland Drive
Lewisville, TX 75067

⊕ c/o Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067

# EXHIBIT C

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that in order to carry out the intent and purposes of that certain Servicing Agreement ("Agreement") executed September 6th, 2011 between Nationstar Mortgage LLC and H & R Block Bank, FSB ("Owner"), and in accordance with the provisions of said Agreement, Owner does hereby irrevocably appoint Nationstar Mortgage LLC and any of its affiliates, and the officers, employees and agents of each ("NSM"), as its true and lawful attorney-in-fact, with full power of substitution:

a. to endorse the name of H & R Block Bank, FSB , without recourse, upon any and all notes, checks, drafts or other instruments and vehicles of the payment of money received or to be received by or on behalf of NSM in payment of or on any Mortgage Loan serviced by NSM or insurance proceeds resulting from any insurance on the Mortgaged Property, and to take any and all action necessary to perfect the interest of Owner in any Mortgaged Loan serviced by NSM pursuant to the Agreement;

b. to endorse or cause to be endorsed any security instrument, assignment, release (full or partial) or any other documents necessary to establish and protect all rights, title and interest of Owner in, to and under such Mortgage Loan, including, but not limited to foreclosure proceedings;

c. to take such other action as may be necessary to properly service the Mortgage Loan.

Capitalized terms used herein and not otherwise defined shall have the meanings assigned to them in the above referenced Agreement.

This Limited Power of Attorney is irrevocable and coupled with an interest. This Limited Power of Attorney shall be binding upon Owner and its successors and assigns, and shall inure to the benefit of NSM, and its successors and assigns.

10-12621

NC CLERK

IN WITNESS WHEREOF, Owner has caused its name to be subscribed hereto by its authorized officer and its seal is to be affixed by its Secretary, this __24__ day of __January__, 20__17__.

Signed and Acknowledged
In the presence of the following witnesses:

_____
Witness

_____
Witness

Owner __H&R Block Bank, FSB__

_____
Authorized Officer   BRANDON LOREY

_____
Secretary   WALTER PIRNOT

STATE OF __KANSAS__

COUNTY OF __JOHNSON__

Subscribed and acknowledged before me, a Notary Public in and for said county and state this __24__ day of __JANUARY__, 20__17__ by __BRANDON LOREY__, an authorized officer of Owner and attested by __WALTER PIRNOT__, Secretary of Owner.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
KAYLA M. SLOUP
My Appt. Expires 7/14/17

KAYLA M. SLOUP
STATE OF KANSAS