Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

2311978316

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX  75265-0856

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK  73124

20160826-260

MICAH HOLLOWAY
216 ADAMS RD
BOWDOIN, ME  04287-7440



EXHIBIT

I

W_ME_RTC

CALIBER HOME LOANS

08/26/2016

MICAH HOLLOWAY
216 ADAMS RD
BOWDOIN, ME 04287-7440

Loan Number:
Property Address: 23 FOREST ST
PORTLAND, ME 04102

## NOTICE OF RIGHT TO CURE

Dear MICAH HOLLOWAY:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan, on behalf of LSF9 MASTER PARTICIPATION TRUST (Creditor), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 10/03/2016 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $148,388.77, which consists of the following:

| | | | |
|---|---|---|---|
| Next Payment Due Date: | | | 06/01/2010 |
| Total Monthly Payments Due for 75 months: | | | $145,937.25 |
| Principal: | | $28,040.64 | |
| Interest: | | $86,917.86 | |
| Tax and Insurance (escrow): | | $30,978.75 | |
| Late Charges: | | | $1,579.52 |
| Other Charges: | Uncollected NSF Fees: | | $0.00 |
| | Other Fees: | | $0.00 |
| | Corporate Advance Balance: | | $872.00 |
| | Unapplied Balance: | | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | | **$148,388.77** |

You can cure this default by making a payment of $148,388.77 by 10/03/2016 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments. Please include your loan number and property address with your payment and send to:

Caliber Home Loans, Inc.
PO Box 650856
Dallas, TX 75265-0856

If you wish to dispute the default, or if you dispute the calculation of amount of the default, you may contact us by calling (800) 621-1437.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If you meet the following conditions, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had never been required: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Creditor's interest in the property and rights under the Security Instrument; and 4) do whatever Creditor reasonably requires to assure that Creditor's interest in the property, Creditor's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. at (800) 621-1437 Or call us via TDD at (800) 735-2989 from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Caliber Home Loans, Inc. to provide you with the total debt (or balance) due to Caliber Home Loans, Inc. as of the date of this letter, which is $226,510.97. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Caliber Home Loans, Inc. from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**Caliber Home Loans, Inc. is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the**

**validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 621-1437 if you have questions about your rights under SCRA.

For your assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 WATER STREET
AUGUSTA, Maine 04330-4665
**Website:** http://www.mainehousing.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL BANGOR
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 175 Exchange St Ste 200
Bangor, Maine 04401-6537
**Website:** http://www.moneymanagement.org

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** charles.kent@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** TEDFORD HOUSING
**Phone:** 207-729-1161-100
**Toll Free:**
**Fax:**
**Email:** officemanager@tedfordhousing.org
**Address:** 14 Middle Street
BRUNSWICK, Maine 04011-2400
**Website:** http://www.tedfordhousing.org

**Agency Name:** WESTERN MAINE CAP
**Phone:** 207-645-3764
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** PO Box 200
East Wilton, Maine 04234-0200
**Website:** http://wmca.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-795-4065
**Toll Free:**
**Fax:**
**Email:** homequest@community-concepts.org
**Address:** 240 Bates St
Lewiston, Maine 04240-7330
**Website:** www.community-concepts.org

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6572
**Toll Free:**
**Fax:** 207-866-6553
**Email:** janderson@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Website:** www.fourdirectionsmaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** CITY OF PORTLAND SHELTER
**Phone:** 207-482-5131
**Toll Free:**
**Fax:**
**Email:**
**Address:** 196 Lancaster Street
PORTLAND, Maine 04101-2418
**Website:** n/a

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@cflmaine.org
**Address:** 309 Cumberland Avenue, Suite 205
PORTLAND, Maine 04101-4982
**Website:** www.cflme.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St Fl 5
Portland, Maine 04101-3457
**Website:** http://www.moneymanagement.org

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME V13249

**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-768-3023-650
**Toll Free:** 800-432-7881
**Fax:** 207-768-3021
**Email:** jbaillargeon@acap-me.org
**Address:** 771 Main St
PRESQUE ISLE, Maine 04769-2201
**Website:** www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2959
**Toll Free:**
**Fax:** 207-490-5026
**Email:** jenniferg@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME V13249

W_ME_RTC Rev.06/2016
Page 6 of 6

2311978316 HC

Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

2311978317

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX 75265-0856

20160826-260

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK 73124

MICAH HOLLOWAY
23 FOREST ST
PORTLAND, ME 04102

CALIBER HOME LOANS

08/26/2016

MICAH HOLLOWAY
23 FOREST ST
PORTLAND, ME 04102

Loan Number:
Property Address: 23 FOREST ST
PORTLAND, ME 04102

**NOTICE OF RIGHT TO CURE**

Dear MICAH HOLLOWAY:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan, on behalf of LSF9 MASTER PARTICIPATION TRUST (Creditor), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 10/03/2016 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $148,388.77, which consists of the following:

| | | | |
|---|---|---|---|
| Next Payment Due Date: | | | 06/01/2010 |
| Total Monthly Payments Due for 75 months: | | | $145,937.25 |
| Principal: | | $28,040.64 | |
| Interest: | | $86,917.86 | |
| Tax and Insurance (escrow): | | $30,978.75 | |
| Late Charges: | | | $1,579.52 |
| Other Charges: | Uncollected NSF Fees: | | $0.00 |
| | Other Fees: | | $0.00 |
| | Corporate Advance Balance: | | $872.00 |
| | Unapplied Balance: | | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | | **$148,388.77** |

You can cure this default by making a payment of $148,388.77 by 10/03/2016 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments. Please include your loan number and property address with your payment and send to:

Caliber Home Loans, Inc.
PO Box 650856
Dallas, TX 75265-0856

If you wish to dispute the default, or if you dispute the calculation of amount of the default, you may contact us by calling (800) 621-1437.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If you meet the following conditions, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had never been required: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Creditor's interest in the property and rights under the Security Instrument; and 4) do whatever Creditor reasonably requires to assure that Creditor's interest in the property, Creditor's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. at (800) 621-1437 Or call us via TDD at (800) 735-2989 from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Caliber Home Loans, Inc. to provide you with the total debt (or balance) due to Caliber Home Loans, Inc. as of the date of this letter, which is $226,510.97. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Caliber Home Loans, Inc. from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**Caliber Home Loans, Inc. is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the**

**validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 621-1437 if you have questions about your rights under SCRA.

For your assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 WATER STREET
AUGUSTA, Maine 04330-4665
**Website:** http://www.mainehousing.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL BANGOR
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 175 Exchange St Ste 200
Bangor, Maine 04401-6537
**Website:** http://www.moneymanagement.org

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** charles.kent@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** TEDFORD HOUSING
**Phone:** 207-729-1161-100
**Toll Free:**
**Fax:**
**Email:** officemanager@tedfordhousing.org
**Address:** 14 Middle Street
BRUNSWICK, Maine 04011-2400
**Website:** http://www.tedfordhousing.org

**Agency Name:** WESTERN MAINE CAP
**Phone:** 207-645-3764
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** PO Box 200
East Wilton, Maine 04234-0200
**Website:** http://wmca.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-795-4065
**Toll Free:**
**Fax:**
**Email:** homequest@community-concepts.org
**Address:** 240 Bates St
Lewiston, Maine 04240-7330
**Website:** www.community-concepts.org

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6572
**Toll Free:**
**Fax:** 207-866-6553
**Email:** janderson@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Website:** www.fourdirectionsmaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** CITY OF PORTLAND SHELTER
**Phone:** 207-482-5131
**Toll Free:**
**Fax:**
**Email:**
**Address:** 196 Lancaster Street
PORTLAND, Maine 04101-2418
**Website:** n/a

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@cflmaine.org
**Address:** 309 Cumberland Avenue, Suite 205
PORTLAND, Maine 04101-4982
**Website:** www.cflme.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St Fl 5
Portland, Maine 04101-3457
**Website:** http://www.moneymanagement.org

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME          V13249

**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-768-3023-650
**Toll Free:** 800-432-7881
**Fax:** 207-768-3021
**Email:** jbaillargeon@acap-me.org
**Address:** 771 Main St
PRESQUE ISLE, Maine 04769-2201
**Website:** www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2959
**Toll Free:**
**Fax:** 207-490-5026
**Email:** jenniferg@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME V13249

W_ME_RTC Rev.06/2016
Page 6 of 6

2311978317
HC

Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

2311978318

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX 75265-0856

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK 73124

20160826-260

HANNAH MONACO
216 ADAMS RD
BOWDOIN, ME 04287-7440

CALIBER HOME LOANS

08/26/2016

HANNAH MONACO
216 ADAMS RD
BOWDOIN, ME 04287-7440

Loan Number:
Property Address: 23 FOREST ST
PORTLAND, ME 04102

**NOTICE OF RIGHT TO CURE**

Dear HANNAH MONACO:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan, on behalf of LSF9 MASTER PARTICIPATION TRUST (Creditor), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 10/03/2016 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $148,388.77, which consists of the following:

| | | | |
|---|---|---|---|
| Next Payment Due Date: | | | 06/01/2010 |
| Total Monthly Payments Due for 75 months: | | | $145,937.25 |
| Principal: | | $28,040.64 | |
| Interest: | | $86,917.86 | |
| Tax and Insurance (escrow): | | $30,978.75 | |
| Late Charges: | | | $1,579.52 |
| Other Charges: | Uncollected NSF Fees: | | $0.00 |
| | Other Fees: | | $0.00 |
| | Corporate Advance Balance: | | $872.00 |
| | Unapplied Balance: | | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | | **$148,388.77** |

You can cure this default by making a payment of $148,388.77 by 10/03/2016 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments. Please include your loan number and property address with your payment and send to:

Caliber Home Loans, Inc.
PO Box 650856
Dallas, TX 75265-0856

If you wish to dispute the default, or if you dispute the calculation of amount of the default, you may contact us by calling (800) 621-1437.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If you meet the following conditions, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had never been required: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Creditor's interest in the property and rights under the Security Instrument; and 4) do whatever Creditor reasonably requires to assure that Creditor's interest in the property, Creditor's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. at (800) 621-1437 Or call us via TDD at (800) 735-2989 from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Caliber Home Loans, Inc. to provide you with the total debt (or balance) due to Caliber Home Loans, Inc. as of the date of this letter, which is $226,510.97. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Caliber Home Loans, Inc. from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**Caliber Home Loans, Inc. is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the**

**validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure.  SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances.  If you are currently in military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status.  Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer.  Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm).  You can also contact us toll-free at (800) 621-1437 if you have questions about your rights under SCRA.

For your assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 WATER STREET
AUGUSTA, Maine 04330-4665
**Website:** http://www.mainehousing.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL BANGOR
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 175 Exchange St Ste 200
Bangor, Maine 04401-6537
**Website:** http://www.moneymanagement.org

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** charles.kent@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** TEDFORD HOUSING
**Phone:** 207-729-1161-100
**Toll Free:**
**Fax:**
**Email:** officemanager@tedfordhousing.org
**Address:** 14 Middle Street
BRUNSWICK, Maine 04011-2400
**Website:** http://www.tedfordhousing.org

**Agency Name:** WESTERN MAINE CAP
**Phone:** 207-645-3764
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** PO Box 200
East Wilton, Maine 04234-0200
**Website:** http://wmca.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-795-4065
**Toll Free:**
**Fax:**
**Email:** homequest@community-concepts.org
**Address:** 240 Bates St
Lewiston, Maine 04240-7330
**Website:** www.community-concepts.org

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6572
**Toll Free:**
**Fax:** 207-866-6553
**Email:** janderson@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Website:** www.fourdirectionsmaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** CITY OF PORTLAND SHELTER
**Phone:** 207-482-5131
**Toll Free:**
**Fax:**
**Email:**
**Address:** 196 Lancaster Street
PORTLAND, Maine 04101-2418
**Website:** n/a

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@cflmaine.org
**Address:** 309 Cumberland Avenue, Suite 205
PORTLAND, Maine 04101-4982
**Website:** www.cflme.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St Fl 5
Portland, Maine 04101-3457
**Website:** http://www.moneymanagement.org

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205

**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-768-3023-650
**Toll Free:** 800-432-7881
**Fax:** 207-768-3021
**Email:** jbaillargeon@acap-me.org
**Address:** 771 Main St
PRESQUE ISLE, Maine 04769-2201
**Website:** www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2959
**Toll Free:**
**Fax:** 207-490-5026
**Email:** jenniferg@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME V13249

W_ME_RTC Rev.06/2016
Page 6 of 6

2311978318
HC

Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

2311978319

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX 75265-0856

20160826-260

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK 73124

HANNAH MONACO
23 FOREST ST
PORTLAND, ME 04102

CALIBER
HOME LOANS

08/26/2016

HANNAH MONACO
23 FOREST ST
PORTLAND, ME 04102

Loan Number:
Property Address: 23 FOREST ST
PORTLAND, ME 04102

**NOTICE OF RIGHT TO CURE**

Dear HANNAH MONACO:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan, on behalf of LSF9 MASTER PARTICIPATION TRUST (Creditor), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 10/03/2016 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $148,388.77, which consists of the following:

| | | | |
|---|---|---|---|
| Next Payment Due Date: | | | 06/01/2010 |
| Total Monthly Payments Due for 75 months: | | | $145,937.25 |
| Principal: | | $28,040.64 | |
| Interest: | | $86,917.86 | |
| Tax and Insurance (escrow): | | $30,978.75 | |
| Late Charges: | | | $1,579.52 |
| Other Charges: | Uncollected NSF Fees: | | $0.00 |
| | Other Fees: | | $0.00 |
| | Corporate Advance Balance: | | $872.00 |
| | Unapplied Balance: | | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | | **$148,388.77** |

You can cure this default by making a payment of $148,388.77 by 10/03/2016 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments. Please include your loan number and property address with your payment and send to:

Caliber Home Loans, Inc.
PO Box 650856
Dallas, TX 75265-0856

If you wish to dispute the default, or if you dispute the calculation of amount of the default, you may contact us by calling (800) 621-1437.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If you meet the following conditions, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had never been required: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Creditor's interest in the property and rights under the Security Instrument; and 4) do whatever Creditor reasonably requires to assure that Creditor's interest in the property, Creditor's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. at (800) 621-1437 Or call us via TDD at (800) 735-2989 from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

Although you are not required to pay the total debt (or balance) of the loan prior to its maturity or acceleration, federal law requires Caliber Home Loans, Inc. to provide you with the total debt (or balance) due to Caliber Home Loans, Inc. as of the date of this letter, which is $226,510.97. The total estimated debt amount provided herein is for informational purposes only and this letter is not intended to act as a "payoff statement" or "demand" for you to pay the loan in full. If you want to obtain a written payoff statement, please contact Caliber Home Loans, Inc. from Mon - Thurs 8:00 am to 9:00 pm CST, Fri 8:00 am to 7:00 pm, Sat 8:00 am to 4:00 pm.

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**Caliber Home Loans, Inc. is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the**

**validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents**: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 621-1437 if you have questions about your rights under SCRA.

For your assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 WATER STREET
AUGUSTA, Maine 04330-4665
**Website:** http://www.mainehousing.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL BANGOR
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 175 Exchange St Ste 200
Bangor, Maine 04401-6537
**Website:** http://www.moneymanagement.org

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** charles.kent@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** TEDFORD HOUSING
**Phone:** 207-729-1161-100
**Toll Free:**
**Fax:**
**Email:** officemanager@tedfordhousing.org
**Address:** 14 Middle Street
BRUNSWICK, Maine 04011-2400
**Website:** http://www.tedfordhousing.org

**Agency Name:** WESTERN MAINE CAP
**Phone:** 207-645-3764
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** PO Box 200
East Wilton, Maine 04234-0200
**Website:** http://wmca.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-795-4065
**Toll Free:**
**Fax:**
**Email:** homequest@community-concepts.org
**Address:** 240 Bates St
Lewiston, Maine 04240-7330
**Website:** www.community-concepts.org

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6572
**Toll Free:**
**Fax:** 207-866-6553
**Email:** janderson@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Website:** www.fourdirectionsmaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** CITY OF PORTLAND SHELTER
**Phone:** 207-482-5131
**Toll Free:**
**Fax:**
**Email:**
**Address:** 196 Lancaster Street
PORTLAND, Maine 04101-2418
**Website:** n/a

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@cflmaine.org
**Address:** 309 Cumberland Avenue, Suite 205
PORTLAND, Maine 04101-4982
**Website:** www.cflme.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St Fl 5
Portland, Maine 04101-3457
**Website:** http://www.moneymanagement.org

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205

**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-768-3023-650
**Toll Free:** 800-432-7881
**Fax:** 207-768-3021
**Email:** jbaillargeon@acap-me.org
**Address:** 771 Main St
PRESQUE ISLE, Maine 04769-2201
**Website:** www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2959
**Toll Free:**
**Fax:** 207-490-5026
**Email:** jenniferg@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME V13249

W_ME_RTC Rev.06/2016
Page 6 of 6

2311978319 HC

From: Nobody <SMTP:nobody@informe.org>
Sent: 8/26/2016 5:05:31 PM
To: WALZ_CALIBER
WALZ ID: 260_WALZ_CALIBER@walzgroup.com

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Caliber Home Loans, Inc.
Owner of the mortgage:LSF9 MASTER PARTICIPATION TRUST
What term best describes the owner of the mortgage?:Securitized Pool
Filer's Email Address:WALZ_CALIBER@walzgroup.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Kendal Brown 13801 Wireless Way, Oklahoma City, OK 73134 800-321-1437 ext. 2626 BreachInbox@caliberhomeloans.com

-----
Consumer Information
-----

Consumer First name:MICAH
Consumer Middle Initial/Middle Name:
Consumer Last name:HOLLOWAY
Consumer Suffix:
Property Address line 1:23 FOREST ST
Property Address line 2:
Property Address line 3:
Property Address City/Town:PORTLAND
Property Address State:
Property Address zip code:04102
Property Address County:Cumberland

-----
Notification Details
-----

Date notice was mailed:8/26/2016
Amount needed to cure the default:148388.77
Consumer Address line 1:216 ADAMS RD
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:BOWDOIN
Consumer Address State:ME
Consumer Address zip code:04287

From: Nobody <SMTP:nobody@informe.org>
Sent: 8/26/2016 5:05:35 PM
To: WALZ_CALIBER
WALZ ID: 260_WALZ_CALIBER@walzgroup.com

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Caliber Home Loans, Inc.
Owner of the mortgage:LSF9 MASTER PARTICIPATION TRUST
What term best describes the owner of the mortgage?:Securitized Pool
Filer's Email Address:WALZ_CALIBER@walzgroup.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Kendal Brown 13801 Wireless Way, Oklahoma City, OK 73134 800-321-1437 ext. 2626 BreachInbox@caliberhomeloans.com

-----
Consumer Information
-----

Consumer First name:HANNAH
Consumer Middle Initial/Middle Name:
Consumer Last name:MONACO
Consumer Suffix:
Property Address line 1:23 FOREST ST
Property Address line 2:
Property Address line 3:
Property Address City/Town:PORTLAND
Property Address State:
Property Address zip code:04102
Property Address County:Cumberland

-----
Notification Details
-----

Date notice was mailed:8/26/2016
Amount needed to cure the default:148388.77
Consumer Address line 1:216 ADAMS RD
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:BOWDOIN
Consumer Address State:ME
Consumer Address zip code:04287

Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

PS form 3877
Type of Mailing:
CERTIFICATE OF MAILING
August 26, 2016

*841524*

| Line | Tracking Number | Name, Street & P.O. Address | Postage | Fee | Reference |
|---|---|---|---|---|---|
| 1 | 2311978309 | JAIME L MESERVEY<br>16 MUD POND RD<br>PALMYRA, ME 04965-3030 | $0.675 | $0.36 | |
| 2 | 2311978310 | CHRISTOPHER M MESERVEY<br>16 MUD POND RD<br>PALMYRA, ME 04965-3030 | $0.675 | $0.36 | |
| 3 | 2311978311 | ROGER C BURKE<br>16 MUD POND RD<br>PALMYRA, ME 04965-3030 | $0.675 | $0.36 | |
| 4 | 2311978312 | LEWIS C BEGIN<br>2 BROOKS ST<br>FAIRFIELD, ME 04937-1102 | $0.675 | $0.36 | |
| 5 | 2311978313 | LEWIS C BEGIN<br>107 SHADAGEE RD<br>CORNVILLE, ME 04976-6002 | $0.675 | $0.36 | |
| 6 | 2311978314 | PAMELA BEGIN<br>2 BROOKS ST<br>FAIRFIELD, ME 04937-1102 | $0.675 | $0.36 | |
| 7 | 2311978315 | PAMELA BEGIN<br>107 SHADAGEE RD<br>CORNVILLE, ME 04976-6002 | $0.675 | $0.36 | |
| 8 | 2311978316 | MICAH HOLLOWAY<br>216 ADAMS RD<br>BOWDOIN, ME 04287-7440 | $0.675 | $0.36 | |
| 9 | 2311978317 | MICAH HOLLOWAY<br>23 FOREST ST<br>PORTLAND, ME 04102 | $0.675 | $0.36 | |
| 10 | 2311978318 | HANNAH MONACO<br>216 ADAMS RD<br>BOWDOIN, ME 04287-7440 | $0.675 | $0.36 | |
| 11 | 2311978319 | HANNAH MONACO<br>23 FOREST ST<br>PORTLAND, ME 04102 | $0.675 | $0.36 | |
| | | **Totals** | $7.43 | $3.96 | |

**Grand Total:** **$11.39**

List Number of Pieces Listed by Sender: 11

Total Number of Pieces Received at Post office: 11

Postmaster: Name of receiving employee

Dated:

CORONA, CA 92878-9998
AUG 26 2016
USPS