AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust <br> *Plaintiff(s)* <br> v. <br> Micah L. Holloway, et al <br> *Defendant(s)* | Civil Action No. 2:19-cv-00116-DBH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Hannah Monaco
126 Gray Road, Apt. 7B
Gorham, ME 04038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Doonan, Esq.
Reneau J. Longoria, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225 D
Beverly, MA 01915

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 03/19/2019

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00116-DBH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hannah Monaco
was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* 17 Mallison Falls Rd, Windham, ME (Work place Prk lot)  on *(date)* 3/22/19  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/22/19

Server's signature: Dep Adams CCSO

Printed name and title: Dp Adams Civil Deputy

16.00
26.00
.60
5.00
47.60

Server's address: 36 County Way, Portland, ME

Additional information regarding attempted service, etc:

Print   Save As...   Reset