## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Micah L. Holloway and Hannah Monaco,<br><br>Defendants. | Civil Action No.: 2:19-cv-00116-JDL<br><br>RE: 23 Forest Street, Portland, ME 04103<br><br>MORTGAGE: Recorded January 27, 2006 in Book 23645, Page 319 (Cumberland County) |

## ORDER GRANTING MOTION TO REOPEN CASE

This matter came before on the Motion to Reopen Case filed by U.S. Trust National Association as Trustee of the Cabana Series V Trust, as served by SN Servicing Corporation ("U.S. Bank Trust") (ECF No. 64).

1. In the Motion, U.S. Bank Trust requests that this case be reopened so that it may pursue a foreclosure and sale on the property known as 23 Forest Street, Portland, Maine.

2. Due and adequate notice of the Motion was given to all named Defendants.

Consequently, it is **ORDERED** that the case shall be reopened and the stay on proceedings lifted.

**SO ORDERED.**

Dated: January 12, 2023

                                                                  /s/ Jon D. Levy
                                                     **CHIEF U.S. DISTRICT JUDGE**