UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A, AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br>    Plaintiff,<br><br>    v.<br><br>MICAH L. HOLLOWAY and HANNAH MONACO,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:19-CV-00116-JDL<br>)<br>)<br>)<br>) |

**ORDER ON MOTION TO SUBSTITUTE PLAINTIFF**

Upon consideration of the Motion to Substitute Plaintiff from U.S. Bank Trust, N.A,. as Trustee for LSF9 Master Participation Trust to U.S. Bank National Association as Trustee for Cabana Series V Trust (ECF No. 66), and in conformance with Fed. R. Civ. P. 25(c),

**IT IS HEREBY ORDERED:**

U.S. Bank National Association as Trustee for Cabana Series V Trust is hereby substituted as Plaintiff in this action.

**SO ORDERED.**

Dated: January 12, 2023

                                                      /s/ Jon D. Levy
                                          **CHIEF U.S. DISTRICT JUDGE**