UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| US BANK TRUST NATIONAL ASSOCIATION | ) ) ) |
| v. | ) CIVIL NO. 2:19-cv-00116-JDL |
| MICAH L HOLLOWAY, et al. | ) ) ) |

ORDER TO SHOW CAUSE

A review of the file in the above matter reflects that default was entered as to defendants Micah L. Holloway and Hannah Monaco on October 18, 2019. The case was stayed from March 10, 2021, until January 12, 2023, pending the resolution of the federal moratorium on federally backed mortgages. Following lifting of the stay, a deadline was set of February 13, 2023, for the filing of a Motion for Default Judgment. As of this date the plaintiff has not moved for entry of default judgment.

Accordingly, it is ORDERED that pursuant to Rule 41.1(b) of the Local Rules of this Court, counsel shall show cause in writing no later than 14 days from this date, why this matter should not be dismissed for lack of prosecution as to Micah L. Holloway and Hannah Monaco.

So ORDERED.

Jon D. Levy
Chief U.S. District Judge

By: /s/ Charity Pelletier
Deputy Clerk

Dated this 14th day of February, 2023.